B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>FLAUNT MAGAZINE, INC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 6192 [redacted] 91-1943502 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1422 N HIGHLAND AVE<br>LOS ANGELES CA<br>ZIP CODE 90028 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>LOS ANGELES | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other MAGAZINE PUBLISHER

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☑ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

FILED FEB 26 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA Deputy Clerk BY:

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B 1 (Official Form 1) (1/08)                                                                                                    Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**FLAUNT MAGAZINE INC** | | |
|---|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | | |
| Location<br>Where Filed: CENTRAL DISTRICT OF CALIFORINIA | Case Number: | | Date Filed:<br>2.26.2010 |
| Location<br>Where Filed: | Case Number: | | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | | |
| Name of Debtor: | Case Number: | | Date Filed: |
| District: | Relationship: | | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☑ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08) **Page 3**

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s): **FLAUNT MAGAZINE INC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

X _[signature]_
Signature of Attorney for Debtor(s)
**ALEX KAGIANARIS**
Printed Name of Attorney for Debtor(s)
**KAGIANARIS LEW LLP**
Firm Name
**6430 SUNSET BLVD #1220**
Address **LOS ANGELES CA 90028**

**323.467.7227**
Telephone Number
**2.26.2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

FORM B4
11/92

# UNITED STATES BANKRUPTCY COURT

### Central District of California

| In re<br><br>**FLAUNT MAGAZINE, INC.**<br><br>Debtor. | Chapter No.: **11**<br><br>Case No.: |
|---|---|

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of Creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of Claim (trade debt, bank laon, government contract, etc)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of Claim [if secured also state value of security* |
| Cleland | 3045 Southcreek Rd, Ste 21<br>Mississauga, ON L4X 2X7<br>Canada<br>905.615.9968 | Printer | C, U, D | $ 310,996.60 |
| Royle Printing | P.O. BOX 750<br>Sun Prairie, WI 54590<br>608.837.5161 | Printer | C, U, D | $ 285,655.45 |
| BZI | 311 N. Robertson Blvd<br>Suite 1030<br>Beverly Hills, CA 90211<br>323.939.2400 | Sales Commissions | C, U, D | $ 260,281.28 |
| Franklin Graphics | 902 Airpark Center Drive.<br>Nashville, TN 37217<br>866.774.6885 | Printer | C, U, D | $ 130,000.00 |

FORM B4
11/92

| | | | | | |
|---|---|---|---|---|---|
| Los Angeles County Tax Collector | PO Box 54088<br>Los Angeles, CA 90054<br>213.974.2111 | Taxes | | C, U, D | $ 50,314.34 |
| Robinson Graphics | 1208 Northgate Business Pkwy<br>Madison, TN 37115<br>615.859.4875 | Printer | | C, U, D | $ 25,000.00 |
| Pitney Purchase Power | P.O. BOX 856042<br>Louisville, KY 40285<br>800.331.7641 | Equipment rental | | C, U, D | $ 25,000.00 |
| The Dot Generator | 10318 Santa Fe Springs Road<br>Santa Fe Springs, CA 90670<br>562.941.7022 | Printer | | C, U, D | $ 22,865.00 |
| Sixth Avenue West Associates | 13 East 16 Street, Suite 400<br>New York, NY 10003<br>212.929.5300 | Office rental | | C, U, D | $ 10,000.00 |
| UPS | P.O. Box 894820<br>Los Angeles, CA 90189<br>800.811.1648 | Shipping | | C, U, D | $ 7,710.02 |
| ArtMix Photography | 2332 South Centinela Ave.<br>Los Angeles, CA 90064<br>310.943.8100 | Fashion shoot | | C, U, D | $ 7,500.00 |
| Long Nguyen | 365 W. 20th Street<br>New York, NY 10011<br>917.939.5979 | Expenses | | C, U, D | $ 6,999.51 |
| Ford Models | 9200 Sunset Blvd, Ste 805<br>Los Angeles, CA 90069<br>212.219.6166 | Fashion shoot | | C, U, D | $ 5,100.00 |
| Trend Offset Printing | 3791 Catalina Street<br>Los Alamitos, CA 90720<br>562.598.2446 | Printer | | C, U, D | $ 5,000.00 |
| Photogenics | 8549 Higuera Street<br>Los Angeles, CA 90232<br>310.733.2250 | Fashion shoot | | C, U, D | $ 4,800.00 |
| The Icon | 5450 Wilshire Blvd.<br>Los Angeles, CA 90036<br>323.933.1666 | Art formatting | | C, U, D | $ 2,988.71 |

FORM B4
11/92

| | | | | | |
|---|---|---|---|---|---|
| Wells Fargo Financial | P.O. Box 6434<br>Carol Stream, IL 601997<br>866.497.6661 | Equipment rental | C, U, D | $ | 2,494.11 |
| JAC-IT | 12847 Kling Street<br>Suite 103<br>Studio City, CA 91604<br>818.917.0485 | Computer tech | C, U, D | $ | 2,463.50 |
| Primary Color | 265A Briggs Ave<br>Costa Mesa, CA 92626<br>949.660.7080 | Printer | C, U, D | $ | 2,203.92 |
| Ernest Hardy | 1525 Griffith Park Blvd.<br>Los Angeles, CA 90026<br>323.953.4737 | Editorial fees | C, U, D | $ | 2,150.00 |

| | |
|---|---|
| total | **$1,169,522.44** |

Date: 2.26.201'

_____
Debtor

Verification of Creditor Mailing List –
(Rev. 10/05) 2003
USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name  Alex Kagianaris

Address  6430 Sunset Blvd., Los Angeles, CA 90028

Telephone  323-476.7227

☐ Attorney for Debtor(s)
☐ Debtor in Pro Per

---

### UNITED STATES BANKRUPTCY COURT
### Central District of California

| In re | Chapter No.: 11 |
|---|---|
| **FLAUNT MAGAZINE, INC.**<br><br>Debtor. | Case No.: |

### VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ___ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  February 26, 2010

_____
Debtor

_____
Attorney (if applicable)

_____
Joint Debtor

Verification of Creditor Mailing List -
(Rev. 10/05) 2003
USBC, Central District of California

Cleland
3045 Southcreek Rd, Ste 21
Mississauga, ON L4X 2X7
Canada

Royale Printing
P.O. BOX 750
Sun Prairie, WI 54590

BZI
311 N. Robertson Blvd
Suite 1030
Beverly Hills, CA 90211

Franklin Graphics
902 Airpark Center Drive.
Nashville, TN 37217

Los Angeles County Tax
Collector
PO Box 54088
Los Angeles, CA 90054

Robinson Graphic
1208 Northgate Business
Pkwy
Madison, TN 37115

Pitney Purchase Power
P.O. BOX 856042
Louisville, KY 40285

The Dot Generator
10318 Santa Fe Springs Rd
Santa Fe Springs, CA 90670

Sixth Avenue West
Associates
13 East 16 Street, Suite 400
New York, NY 10003

UPS
P.O. Box 894820
Los Angeles, CA 90189

Verification of Creditor Mailing List –
(Rev. 10/05) 2003
USBC, Central District of California

ArtMix Photography
2332 South Centinela Ave.
Los Angeles, CA 90064

Long Nguyen
365 W. 20th Street
New York, NY 10011

Ford Models
9200 Sunset Blvd, Ste 805
Los Angeles, CA 90069

Trend Offset Printing
3791 Catalina Street
Los Alamitos, CA 90720

Photogenics
8549 Higuera Street
Los Angeles, CA 90232

The Icon
5450 Wilshire Blvd.
Los Angeles, CA 90036

Wells Fargo Financial
P.O. Box 6434
Carol Stream, IL 601997

JAC-IT
12847 Kling Street
Suite 103
Studio City, CA 91604

Primary Color
265A Briggs Ave
Costa Mesa, CA 92626

Ernest Hardy
1525 Griffith Park Blvd.
Los Angeles, CA 90026